UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-198-MOC
(3:94-cr-44-MOC-1)

| | |
|---|---|
| JAMES STANLEY CALDWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

UPON MOTION of the United States, (Doc. No. 4), to hold this action in abeyance until the Office of the Solicitor General of the United States makes a decision about whether to seek further review of the Fourth Circuit's decision in United States v. Gardner, No. 14-4533, 2016 WL 2893881 (4th Cir. May 18, 2016),

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 4), is **GRANTED**. The United States shall file a status update with this Court within seven days after the issuance of the Fourth Circuit's mandate in Gardner.

Signed: June 7, 2016

Max O. Cogburn Jr.
United States District Judge